GIBBS, Administratrix De Bonis Non With the Will Annexed of Sommers, Movant, v. NATIONAL SAVINGS & BUILDING ASSOCIATION, Opposed.

Court of Appeals of Kentucky.

May 16, 1939.

Albert Karnes for movant.

C. H. Lowry, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

HEARNE'S EXECUTRIX, Movant, v. GRAM COMPANY, Opposed.

Court of Appeals of Kentucky.

May 16, 1939.

Wilson & Robinson for movant.

R. D. Davis, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.